AO 241 (Rev. 09/17)

# Petition for Relief From a Conviction or Sentence
# By a Person in State Custody

### (Petition Under 28 U.S.C. § 2254 for a Writ of Habeas Corpus)

### Instructions

1.  To use this form, you must be a person who is currently serving a sentence under a judgment against you in a state court.  You are asking for relief from the conviction or the sentence.  This form is your petition for relief.

2.  You may also use this form to challenge a state judgment that imposed a sentence to be served in the future, but you must fill in the name of the state where the judgment was entered.  If you want to challenge a federal judgment that imposed a sentence to be served in the future, you should file a motion under 28 U.S.C. § 2255 in the federal court that entered the judgment.

3.  Make sure the form is typed or neatly written.

4.  You must tell the truth and sign the form.  If you make a false statement of a material fact, you may be prosecuted for perjury.

5.  Answer all the questions.  You do not need to cite law.  You may submit additional pages if necessary.  If you do not fill out the form properly, you will be asked to submit additional or correct information.  If you want to submit any legal arguments, you must submit them in a separate memorandum.  Be aware that any such memorandum may be subject to page limits set forth in the local rules of the court where you file this petition.

6.  You must pay a fee of $5.  If the fee is paid, your petition will be filed.  If you cannot pay the fee, you may ask to proceed in forma pauperis (as a poor person).  To do that, you must fill out the last page of this form.  Also, you must submit a certificate signed by an officer at the institution where you are confined showing the amount of money that the institution is holding for you.  If your account exceeds $ _____ , you must pay the filing fee.

7.  In this petition, you may challenge the judgment entered by only one court.  If you want to challenge a judgment entered by a different court (either in the same state or in different states), you must file a separate petition.

8.  When you have completed the form, send the original and _____ copies to the Clerk of the United States District Court at this address:

### Clerk, United States District Court for
### Address
### City, State  Zip Code

If you want a file-stamped copy of the petition, you must enclose an additional copy of the petition and ask the court to file-stamp it and return it to you.

9.  **CAUTION: You must include in this petition all the grounds for relief from the conviction or sentence that you challenge.  And you must state the facts that support each ground.  If you fail to set forth all the grounds in this petition, you may be barred from presenting additional grounds at a later date**.

10.  **CAPITAL CASES: If you are under a sentence of death, you are entitled to the assistance of counsel and should request the appointment of counsel**.

AO 241 (Rev. 09/17)

**PETITION UNDER 28 U.S.C. § 2254 FOR WRIT OF
HABEAS CORPUS BY A PERSON IN STATE CUSTODY**

| United States District Court | District Eastern District of Louisiana | |
|---|---|---|
| Name (under which you were convicted): <br> REGINALD H. JONES | | Docket or Case No.: <br> 530889 |
| Place of Confinement : <br> Winn Correctional Center, 180 CCA Blvd., Atlanta, LA 71482 | Prisoner No.: <br> 399320 | |
| Petitioner (include the name under which you were convicted) <br><br> REGINALD H. JONES          v. | Respondent (authorized person having custody of petitioner) <br><br> KEITH DEVILLE, WARDEN (WINN) <br> (STATE OF LOUISIANA) | |
| The Attorney General of the State of: Louisiana | | |

**PETITION**

1.     (a) Name and location of court that entered the judgment of conviction you are challenging:

   Orleans Parish Criminal District Court, Section D

   2700 Tulane Avenue

   New Orleans, LA 70119

   (b) Criminal docket or case number (if you know):   530889

2.     (a) Date of the judgment of conviction (if you know): 4/2/18

   (b) Date of sentencing:   5/2/18

3.     Length of sentence:   10 years (Multibill Hearing Held 8/2/18 Increased It To 20 Years, No Parole)

4.     In this case, were you convicted on more than one count or of more than one crime?   ❏ Yes    ❏ No

5.     Identify all crimes of which you were convicted and sentenced in this case:

   [1] Aggravated Assault With A Firearm

   [2] Possession of a Firearm or Concealed Weapon by a Felon

   [3] Obstruction of Justice

6.     (a) What was your plea? (Check one)

            ❏    (1)      Not guilty       ❏    (3)      Nolo contendere (no contest)

            ❏    (2)      Guilty            ❏    (4)      Insanity plea

AO 241 (Rev. 09/17)

(b) If you entered a guilty plea to one count or charge and a not guilty plea to another count or charge, what did you plead guilty to and what did you plead not guilty to? N/A

_____

_____

_____

_____

_____

(c) If you went to trial, what kind of trial did you have? (Check one)

    ❏ Jury    ❏ Judge only

7.    Did you testify at a pretrial hearing, trial, or a post-trial hearing?

    ❏ Yes    ❏ No

8.    Did you appeal from the judgment of conviction?

    ❏ Yes    ❏ No

9.    If you did appeal, answer the following:

(a) Name of court: Criminal Court Judge Must Sign Motion to Appeal Before Proceeding & He Has Not.

(b) Docket or case number (if you know): N/A

(c) Result: Waiting In Prison For Signed Order of Appeal

(d) Date of result (if you know): N/A

(e) Citation to the case (if you know): N/A

(f) Grounds raised: Defendant intends to bring to the Court's Attention the undeniable fact that NO FIREARM was ever proven beyond a reasonable doubt but a Guilty Verdict was handed down nonetheless, causing imprisonment, in violation of the 14th Amendment requirement that all facts necessary to constitute the crime with which the Defendant has been charged be proven beyond a reasonable doubt.

The ATTACHED [1] Verdict Sheets, [2] Post-Verdict Motion for Judgment of Acquittal, & [3] Suspensive Appeal provide the factual background outlining how the defendant's use of a toy, believed by the alleged victim in a sworn (and notarized) affidavit prevented the required proof of a firearm.

(g) Did you seek further review by a higher state court?    ❏ Yes    ❏ No

    If yes, answer the following:

(1) Name of court: N/A (Trial Judge has not signed Appeal Order, stopping appellate process.)

(2) Docket or case number (if you know): N/A

(3) Result: N/A

_____

AO 241 (Rev. 09/17)

(4) Date of result (if you know):        N/A

(5) Citation to the case (if you know):          N/A

(6) Grounds raised:            N/A

(h) Did you file a petition for certiorari in the United States Supreme Court?        ❏   Yes        ❏   No

If yes, answer the following:

(1) Docket or case number (if you know):        N/A

(2) Result:        N/A

(3) Date of result (if you know):        N/A

(4) Citation to the case (if you know):          N/A

10.      Other than the direct appeals listed above, have you previously filed any other petitions, applications, or motions
concerning this judgment of conviction in any state court?        ❏   Yes        ❏   No

11.      If your answer to Question 10 was "Yes," give the following information:

(a)      (1) Name of court:

(2) Docket or case number (if you know):

(3) Date of filing (if you know):

(4) Nature of the proceeding:

(5) Grounds raised:

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

❏   Yes        ❏   No

(7) Result:   N/A

AO 241 (Rev. 09/17)

        (8) Date of result (if you know): _____

(b) If you filed any second petition, application, or motion, give the same information:

        (1) Name of court:   N/A _____

        (2) Docket or case number (if you know): _____

        (3) Date of filing (if you know): _____

        (4) Nature of the proceeding: _____

        (5) Grounds raised: _____

_____

_____

_____

_____

_____

_____

_____

_____

        (6) Did you receive a hearing where evidence was given on your petition, application, or motion?

        ❑ Yes    ❑ No

        (7) Result: _____

        (8) Date of result (if you know): _____

(c) If you filed any third petition, application, or motion, give the same information:

        (1) Name of court:   N/A _____

        (2) Docket or case number (if you know): _____

        (3) Date of filing (if you know): _____

        (4) Nature of the proceeding: _____

        (5) Grounds raised: _____

_____

_____

_____

_____

_____

_____

_____

_____

AO 241 (Rev. 09/17)

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

    ❐ Yes    ❐ No

(7) Result:  N/A

(8) Date of result (if you know):

(d) Did you appeal to the highest state court having jurisdiction over the action taken on your petition, application, or motion?

    (1) First petition:    ❐ Yes    ❐ No

    (2) Second petition:    ❐ Yes    ❐ No

    (3) Third petition:    ❐ Yes    ❐ No

(e) If you did not appeal to the highest state court having jurisdiction, explain why you did not:

12.    For this petition, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States.  Attach additional pages if you have more than four grounds.  State the facts supporting each ground.  Any legal arguments must be submitted in a separate memorandum.

    **CAUTION: To proceed in the federal court, you must ordinarily first exhaust (use up) your available state-court remedies on each ground on which you request action by the federal court.  Also, if you fail to set forth all the grounds in this petition, you may be barred from presenting additional grounds at a later date.**

**GROUND ONE:** Violation of the 14th Amendment to the United States Constitution

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

No firearm was ever proven beyond a reasonable doubt.  The alleged victim first acknowledged NOT knowing what defendant had in his hand (ATTACHED "LJ TRANSCRIPT", page 32) and then that he believed it was a toy (ATTACHED AFFIDAVIT).  The police did not even look for the toy where defendnat informed them he discarded it. While the Prosecution questioned the alleged victim to get a counter to his Affidavit (TRANSCRIPT, page 22), the contradiction only revealed uncertainty, i.e., not proof beyond a reasonable doubt.  [iii] The Prosecution did not call an Expert to examine the unclear home Video and verify that the uncertain image WAS a firearm.

(b) If you did not exhaust your state remedies on Ground One, explain why:  The Defendant has been in prison since his sentencing on May 2, 2018.  His attorneys: [i] Filed a Motion for Post-Verdict Judgment of Acquittal; it was denied. [ii] Filed a Motion of Appeal; it was not signed by the Judge (as required in Louisiana) since the Prosecution sought to Multibill Defendant to add to his sentence.  [iii] Filed a Suspensive Appeal on June 8, 2018 to seek an immediate appeal and stop the injustice from the jury verdict; it was denied.  [iv] Filed a Motion for an Appeal Bond; it was denied.  [v] Requested that the Judge sign an Order of Appeal so Defendant could proceed on appeal to the Fourth Circuit Court of Appeal, State of LA; Judge responded he might "get to it" this year!

AO 241 (Rev. 09/17)

(c)    **Direct Appeal of Ground One:**

(1) If you appealed from the judgment of conviction, did you raise this issue?    ❒ Yes    ❒ No

(2) If you did not raise this issue in your direct appeal, explain why: N/A (Judge has not signed the Order of

Appeal.  The Multibill Hearing occurred on 8/2/18.  The Judge revoked Defendant's 10 years sentence

and sentenced him to 20 years for each of the crimes.  He still did not sign the prepared Appeal Order!

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

❒ Yes    ❒ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition:    Defendant's Motion for Post-Verdict Judgment of Acquittal

Name and location of the court where the motion or petition was filed:  Orleans Parish Criminal District Court

Docket or case number (if you know):  530-889

Date of the court's decision:    4/25/18

Result (attach a copy of the court's opinion or order, if available):

(3) Did you receive a hearing on your motion or petition?    ❒ Yes    ❒ No

(4) Did you appeal from the denial of your motion or petition?    ❒ Yes    ❒ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?    ❒ Yes    ❒ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed:  N/A  (Judge refuses to sign Order of Appeal.

Defendant's hearings have been postponed repeatedly (at least 5 times), extending his incarceration.

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

N/A  (Judge has not signed Order of Appeal to proceed despite Louisiana Law's requirement to do so

within 72 hours [LACCRP, Art. 915].   When hearings were set to conclude all matters so

Defendant's attorneys could proceed with the appeal, postponements occurred over and over.

The numerous postponements have been due to transportation, non-appearance, delays, etc.

AO 241 (Rev. 09/17)

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have

used to exhaust your state remedies on Ground One:   None.

---

**GROUND TWO:**          14th Amendment Violation of Due Process

---

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

Despite the Defendant using his 5th Amendment Right NOT to testify, the Prosecution made repeated reference

to the past crimes of Defendant.   Defendant's attorney did not "open and door" for this, and Defendant was

deprived of the opportunity to explain the circumstances of the pleas of Guilty, which when heard

would have shown how non-criminal he was, e.g., [1] his two pleas for possession of drugs related to small

amounts being found in his car after transporting others and [2] his negligent homicide plea related to hitting a man

at night who wandered into the street, in a very dark area of the road, under the influence of drugs, and was

side swiped by Defendant's Large Truck and not recognized by Defendant due to the great darkness and

non-disruption of the truck's movement. Defendant proceeded to his job as a Fireman, not realizing what happened.

(b) If you did not exhaust your state remedies on Ground Two, explain why:  The Judge has not signed the Appeal

Order.  Postponement after postponement for reason after reason have resulted in the Defendant sitting

in prison after prison (transported all around Louisiana) when NO Firearm was ever proven beyond

a reasonable doubt to constitute the crimes with which he was charged.  Simply put, a toy cannot be a firearm.

(c)      **Direct Appeal of Ground Two:**

(1) If you appealed from the judgment of conviction, did you raise this issue?          ❐   Yes          ❐   No

(2) If you did <u>not</u> raise this issue in your direct appeal, explain why: N/A (Judge has not signed Appeal Order.)

(d)      **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

❐  Yes      ☑  No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition:

Name and location of the court where the motion or petition was filed:

Docket or case number (if you know):

AO 241 (Rev. 09/17)

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(3) Did you receive a hearing on your motion or petition?          ❏   Yes          ❏   No

(4) Did you appeal from the denial of your motion or petition?          ❏   Yes          ❏   No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?          ❏   Yes          ❏   No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

_____

_____

_____

_____

(e)     **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you

have used to exhaust your state remedies on Ground Two : _____

_____

_____

_____

**GROUND THREE:**          NONE _____

_____

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

_____

_____

_____

_____

_____

AO 241 (Rev. 09/17)

(b) If you did not exhaust your state remedies on Ground Three, explain why: _____

_____

_____

_____

(c)     **Direct Appeal of Ground Three:**

(1) If you appealed from the judgment of conviction, did you raise this issue?     ❏   Yes     ❏   No

(2) If you did not raise this issue in your direct appeal, explain why: _____

_____

_____

(d)     **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

❏   Yes     ❏   No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(3) Did you receive a hearing on your motion or petition?     ❏   Yes     ❏   No

(4) Did you appeal from the denial of your motion or petition?     ❏   Yes     ❏   No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?     ❏   Yes     ❏   No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

_____

AO 241 (Rev. 09/17)

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

_____

_____

_____

(e)      **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you

have used to exhaust your state remedies on Ground Three: _____

_____

_____

**GROUND FOUR:** N/A

_____

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

_____

_____

_____

_____

_____

_____

_____

(b) If you did not exhaust your state remedies on Ground Four, explain why: _____

_____

_____

_____

_____

(c)      **Direct Appeal of Ground Four:**

(1) If you appealed from the judgment of conviction, did you raise this issue?      ❐   Yes      ❐   No

(2) If you did not raise this issue in your direct appeal, explain why: _____

_____

_____

(d)      **Post-Conviction Proceedings**:

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

❐   Yes      ❐   No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: _____

AO 241 (Rev. 09/17)

Name and location of the court where the motion or petition was filed:

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(3) Did you receive a hearing on your motion or petition?                    ❏  Yes      ❏  No

(4) Did you appeal from the denial of your motion or petition?              ❏  Yes      ❏  No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?   ❏  Yes      ❏  No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

_____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

_____

_____

_____

_____

_____

_____

(e)      **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you

have used to exhaust your state remedies on Ground Four: _____

_____

_____

_____

_____

_____

AO 241 (Rev. 09/17)

13.    Please answer these additional questions about the petition you are filing:

(a)    Have all grounds for relief that you have raised in this petition been presented to the highest state court

having jurisdiction?    ❑  Yes        ❑   No

If your answer is "No," state which grounds have not been so presented and give your reason(s) for not

presenting them:  N/A  (Judge has not signed Order of Appeal.)

_____

_____

_____

(b)    Is there any ground in this petition that has not been presented in some state or federal court?  If so, which

ground or grounds have not been presented, and state your reasons for not presenting them:

_____

_____

_____

14.    Have you previously filed any type of petition, application, or motion in a federal court regarding the conviction

that you challenge in this petition?        ❑   Yes        ❑   No

If "Yes," state the name and  location of the court, the docket or case number, the type of proceeding, the issues

raised, the date of the court's decision, and the result for each petition, application, or motion filed.  Attach a copy

of any court opinion or order, if available.  _____

_____

_____

_____

_____

_____

_____

15.    Do you have any petition or appeal now pending (filed and not decided yet) in any court, either state or federal, for

the judgment you are challenging?        ❑   Yes        ❑   No

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues

raised.  _____

_____

_____

_____

_____

AO 241 (Rev. 09/17)

16.     Give the name and address, if you know, of each attorney who represented you in the following stages of the

judgment you are challenging:

(a) At preliminary hearing:  Alex K. Kriksciun, 400 Poydras St., Suite 900 New Orleans, LA 70130

(b) At arraignment and plea:  Alex K. Kriksciun, 400 Poydras St., Suite 900 New Orleans, LA 70130

(c) At trial:        Alex K. Kriksciun, 400 Poydras St., Suite 900 New Orleans, LA 70130

(d) At sentencing:  Alex K. Kriksciun, 400 Poydras St., Suite 900 New Orleans, LA 70130

(e) On appeal:     N/A (Judge has not signed Order of Appeal.)

(f) In any post-conviction proceeding:    Law Offices of Rev. Rickey Nelson Jones, Esquire, 3rd Fl.--Suite 5

1701 Madison Ave., Baltimore, MD 21217 (Pro Hac Vice Counsel & Co-Counsel)

(g) On appeal from any ruling against you in a post-conviction proceeding:  N/A (Judge has not signed

Order of Appeal.)

17.     Do you have any future sentence to serve after you complete the sentence for the judgment that you are

challenging?            ❒    Yes      ❒     No

(a) If so, give name and location of court that imposed the other sentence you will serve in the future:

(b) Give the date the other sentence was imposed:

(c) Give the length of the other sentence:

(d) Have you filed, or do you plan to file, any petition that challenges the judgment or sentence to be served in the

future?              ❒    Yes      ❒     No

18.     TIMELINESS OF PETITION: If your judgment of conviction became final over one year ago, you must explain

why the one-year statute of limitations as contained in 28 U.S.C. § 2244(d) does not bar your petition.*

N/A

AO 241 (Rev. 09/17)

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2244(d) provides in

part that:

(1)      A one-year period of limitation shall apply to an application for a writ of habeas corpus by a person in
         custody  pursuant to the judgment of a State court.  The limitation period shall run from the latest of -

   (A)      the date on which the judgment became final by the conclusion of direct review or the expiration
            of the time for seeking such review;

   (B)      the date on which the impediment to filing an application created by State action in violation of
            the Constitution or laws of the United States is removed, if the applicant was prevented from
            filing by such state action;

   (C)      the date on which the constitutional right asserted was initially recognized by the Supreme Court,
            if the right has been newly recognized by the Supreme Court and made retroactively applicable to
            cases on collateral review; or

   (D)      the date on which the factual predicate of the claim or claims presented could have been
            discovered through the exercise of due diligence.

AO 241 (Rev. 09/17)

(2)     The time during which a properly filed application for State post-conviction or other collateral review with respect to the pertinent judgment or claim is pending shall not be counted toward any period of limitation under this subsection.

Therefore, petitioner asks that the Court grant the following relief: Vacate the Jury Verdicts of Guilty & Order the

Defendant to be Released from Prison Immediately.  (Defendant is on multiple medications & in a wheelchair.

All attorney requests for medical accommodation have been to no avail.)

or any other relief to which petitioner may be entitled.

/s/ Alex K. Kriksciun
_____
Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Petition for Writ of Habeas Corpus was placed in the prison mailing system on _____ --- _____ (month, date, year).

Executed (signed) on _____ --- _____ (date).

s/ Alex K. Kriksciun
_____
Signature of Petitioner

If the person signing is not petitioner, state relationship to petitioner and explain why petitioner is not signing this petition.

Law Office of Alex Kriksciun is local counsel for the Defendant.   His blood brother is Rickey Nelson Jones.

I am serving as Local Counsel for Mr. Jones in the attached Motion Pro Hac Vice.  An identical motion was

successfully filed in the State Court after the Defendant was found Guilty.  Rickey Nelson Jones will be principal

counsel for all post-judgment/appellate/Habeas Corpus matters.