UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **REGINALD H. JONES** | **CIVIL ACTION** |
| **VERSUS** | **NO. 18-7454** |
| **KEITH DEVILLE, WARDEN** | **SECTION: "B"(3)** |

## O R D E R

The Court, having considered the petition, the record, the applicable law and the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file any objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its own opinion. Accordingly,

**IT IS ORDERED** that the federal application for habeas corpus relief filed by Reginald H. Jones is **DISMISSED WITHOUT PREJUDICE**.

New Orleans, Louisiana, this 22nd day of March, 2019.

_____
SENIOR UNITED STATES DISTRICT JUDGE